## Case No. 7,049.

INNES v. CARPENTER.

[4 N. B. R. 412 (Quarto, 139).] [1]

District Court, S. D. New York. Dec. 8, 1870.

[1] [Reprinted by permission.]

BLATCHFORD, District Judge. As the note appears to have been indorsed by said Carpenter for the accommodation of Hanna, and was taken by the petitioners for wool sold to Hanna, I do not think it is commercial paper of Carpenter's as a merchant and manufacturer, within the act [of 1867 (14 Stat. 517)].